IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA SUE THIRY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 21-cv-00003-SRB |
| ) | |
| FAMILY DOLLAR INC., et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT AND APPORTIONMENT ORDER

Pursuant to Mo. Rev. Stat. § 537.095.3, and after hearing all the evidence at a wrongful death apportionment hearing on August 16, 2022, this Court divides the settlement between Tier 1 Beneficiaries with Mother Rhonda Sue Thiry receiving 80% and Father Steve Newby receiving 20%. Attorney's fees shall be paid as contracted. Pursuant to this Court's prior Order (Doc. #165) approving the wrongful death settlement, this judgment finalizes this matter and the case is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

/s/ Stephen R. Bough
Stephen R. Bough
Date: August 17, 2022
United States District Judge